No. 456. LASKEY BROS. OF WEST VIRGINIA, INC. ET AL. *v.* WARNER BROS. PICTURES, INC. ET AL.; and

No. 512. PARAMOUNT FILM DISTRIBUTING CORP. ET AL. *v.* AUSTIN THEATRE, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Bruno Schachner* and *Arnold Malkan* for petitioners in No. 456. *Bruce Bromley* for Paramount Film Distributing Corporation et al., *George A. Raftery* for RKO Keith-Orpheum Theatres, Inc. et al., and *Myles J. Lane* for Stanley Warner Management Corporation et al., petitioners in No. 512 and respondents in No. 456. Reported below: 224 F. 2d 824.

No. 478. NATIONAL ALUMINATE CORP. *v.* HALL LABORATORIES, INC. ET AL.; and

No. 508. HALL LABORATORIES, INC. ET AL. *v.* NATIONAL ALUMINATE CORP. C. A. 3d Cir. Certiorari denied. *John T. Chadwell, Arthur G. Connolly* and *Richard L. Johnston* for the National Aluminate Corporation. *Walter J. Blenko, Aaron Finger, James K. Everhart, Jr.* and *Eugene F. Buell* for Hall Laboratories, Inc. et al. Reported below: 224 F. 2d 303.

No. 497. ZIMMERMAN *v.* EMMONS. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Soveloff, Assistant Attorney General Burger, Melvin Richter, Marvin C. Taylor* and *Herman Marcuse* for respondent. ■

No. 502. DANIELS ET AL. *v.* THOMAS. C. A. 10th Cir. Certiorari denied. *Bentley M. McMullin* for petitioners. *William V. Hodges* for respondent. ■

No. 506. GULF, MOBILE & OHIO RAILROAD CO. *v.* ILLINOIS CENTRAL RAILROAD CO. C. A. 5th Cir. Certiorari